JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT ROBLES, JR., | ) | CASE NO. ED CV 18-327-R (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| UNITED STATES DISTRICT COURT, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: <u>February 22, 2018</u>

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\robles.wpd